# Court of Appeals
# of the State of Georgia

ATLANTA, June 26, 2025

*The Court of Appeals hereby passes the following order*

## A25D0427. FULTON COUNTY SCHOOL DISTRICT ET AL v. S.C. ET AL.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

25CV001199



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, June 26, 2025.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Christina Cooley Smith*, Clerk.